**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**AT LONDON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CRIMINAL NO. 6:26-CR-33-KKC-1** |
|     **Plaintiff,** | |
| **v.** | **ORDER** |
| **DEWAYN HARRIS,** | |
|     **Defendant.** | |

**\*\*\* \*\*\* \*\*\***

Due to a clerical error, the Sentencing Order contains the incorrect sentencing date. Accordingly, the Sentencing Order filed on June 29, 2026  (DE 39) is hereby VACATED and a new sentencing order with correct hearing date will be filed.

Dated June 29, 2026



Signed By:

*Karen K. Caldwell*

United States District Judge